**Fill in this information to identify the case:**

Debtor name: **HovBros Burlington, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): 16-13892

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*...................................................................................... $ _____

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*................................................................................... $ _____

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*..................................................................................... $ _____

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.............   $ 9,621,057.24

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $ 0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... +$ 595,071.03

4. **Total liabilities**
   Lines 2 + 3a + 3b     $ 10,216,128.27