# United States Bankruptcy Court
## District of New Jersey

In re: __HovBros Burlington, LLC__
Debtor(s)

Case No. __16-13892__
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Peter Hovnanian<br>900 Birchfield Drive<br>Mount Laurel, NJ 08054 | | | |
| Stephen Hovnanian<br>900 Birchfield Drive<br>Mount Laurel, NJ 08054 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 16, 2016__    Signature __Peter Hovnanian__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C §§ 152 and 3571.