# United States Bankruptcy Court
## District of New Jersey

In re HovBros Burlington, LLC
Debtor(s)

Case No. 16-13892
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for HovBros Burlington, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 16, 2016
Date

Albert A. Ciardi, III NJ - 5091
Signature of Attorney or Litigant
Counsel for HovBros Burlington, LLC

Ciardi Ciardi & Astin
41 Grove Street
Haddonfield, NJ 08033
215.557.3550 Fax:215.557.3551
aciardi@ciardilaw.com

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy