**United States Bankruptcy Court**
**District of New Jersey**

In re   HovBros Burlington, LLC _____    Case No.  16-13892
                                     Debtor(s)              Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 16, 2016

_____
Peter Hovnanian/Managing Member
Signer/Title

American Asphalt Co., Inc.
116 Main Street
West Collingswood, NJ 08059


Burlington Township
851 Old York Road
Burlington, NJ 08016


Consulting Engineer Services, Inc.
645 Berlin-Cross Keys Road
Suite 1
Sicklerville, NJ 08081


David P. & Ann Cecco
52 Hibiscus Drive
Marlton, NJ 08053


Estate of Jirair S. Hovnanian
900 Birchfield Drive
Mount Laurel, NJ 08054


Gerstein Grayson & Cohen, LLP
1288 Route 73 S.
Suite 301
Mount Laurel, NJ 08054


Maser Consulting, P.A.
Corporate Headquarters
331 Newman Springs Road
Suite 203
Red Bank, NJ 07701-5699


Peter Hovnanian
900 Birchfield Drive
Mount Laurel, NJ 08054


RJS Environmental, LLC
15 Oakwood Drive
Medford, NJ 08055


Stephen Hovnanian
900 Birchfield Drive
Mount Laurel, NJ 08054

TD Bank c/o Dilworth Paxson LLP
Brett Wiltsey, Esquire
LibertyView - Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002


Velez Lawn Service
3001 Route 130
Apt. 43C
Riverside, NJ 08075


Westampton Township
710 Rancocas Road
Westampton, NJ 08060