**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re Hovbros Burlington LLC

Case No. 16-13892 (JNP)_
Reporting Period: APRIL 2016

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | X |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor                               Date   5-20-16

_____
Signature of Joint Debtor                         Date

_____
Signature of Authorized Individual*               Date   5-20-16

Robert W Haslam                                   V.P. Operation
Printed Name of Authorized Individual             Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

In re HOVBROS BURLINGTON LLC___
Debtor

Case No. 16-13892 (JNP)

Reporting Period: APRIL 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the
first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must
equal the sum of the four bank account columns   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL
REPORT (FORM IR-1)   Attach copies of the bank statements and the cash disbursements journal   The total disbursements listed in the disbursements journal
must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.   [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 853 02 | | | | 853.02 | 853 05 | 853 02 | -3 289 49 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | 3,899 51 | | | | 450 00 | 3,768 51 | 3,899 51 | 11,410 55 |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | -95 52 | | | | -95 52 | | -95 52 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 3,803 99 | | | | 354 48 | 3,768 51 | 3,803 99 | 11,410 55 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | 3,449 51 | | | | | | 3,449 51 | 3,449 50 |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | 15 00 | | | | 15 00 | 15 00 | 15 00 | 65 00 |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 742 50 | | | | 742 50 | 4,506 56 | 742 50 | |
| | | | | | | | | 4,506 56 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U S TRUSTEE QUARTERLY FEES | 325 00 | | | | 325 00 | | 325 00 | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 4,532 01 | | | | 1,082 50 | 4,521 56 | 4,532 01 | 8,021 06 |
| **NET CASH FLOW** | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | -728 02 | | | | -728 02 | -753 05 | -728 02 | 3 389 49 |
| CASH - END OF MONTH | 125 00 | | | | 125 00 | 100 00 | 125 00 | 100 00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 325 00 |
| LESS TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i e  from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 325 00 |

FORM MOR-1
(9/99)

In re HOVBROS BURLINGTON LLC
Debtor

Case No. 16-13892 (JNP)
Reporting Period: APRIL 2016

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER**

See attached bank reconciliation

FORM MOR-1 (CONT)
(9/99)

S BANKRUPTCY COURT
T OF NEW JERSEY

In re HOVBROS BURLINGTON LLC                    Case No. _16-13892 (JNP)
                 Debtor                         Reporting Period: APRIL 2016

| Explanation | Ending Bal |
|---|---|
| D.I.P. account opened in April | 125.00 |
| Original operating account could not be closed due to account being levied - balance in account has been reflected as a reduction to overall cash and now classified as restricted funds | 95.52 |

Other use -  Velez Landscaping $401.25 / Maser Consulting $341.25

In re HOVBROS BURLINGTON LLC  
                    Debtor

Case No. 16-13892 (JNP)  
Reporting Period.: APRIL 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | 0.00 | 0.00 |
| COST OF GOODS SOLD | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 219.00 | 876.00 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | 843.63 | 858.63 |
| Total Operating Expenses Before Depreciation | 1,062.63 | 1,734.63 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | -1,062.63 | -1,734.63 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | -1,062.63 | -1,734.63 |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | 0.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 0.00 | 325.00 |
| Income Taxes | | |
| Net Profit (Loss) | -1,062.63 | -2,059.63 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2

(9/99)

In re HOVBROS BURLINGTON LLC
Debtor

Case No. 16-13892 (JNP)
Reporting Period: APRIL 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Bank fees | 0.00 | 15.00 |
| Mortgage interest | 843.63 | 843.63 |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(9/99)

In re  HOVBROS BURLINGTON LLC
     Debtor

Case No  16-13892 (JNP)
Reporting Period  APRIL 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 125 00 | -3,339 48 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 26,699 52 | 26,604 00 |
| Accounts Receivable (Net) | 14,662,585 19 | 14,658,393 18 |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 14,689,409 71 | 14,681,657 70 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 6,614,673 40 | 6,603,360 36 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | 0 02 | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | 6,614,673 42 | 6,603,360 36 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | 0 00 | 0 00 |
| | | |
| **TOTAL ASSETS** | 21,304,083 13 | 21,285,018 06 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 14,229 04 | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | 0 00 | 2,040 00 |
| *TOTAL POSTPETITION LIABILITIES* | 14,229 04 | 2,040 00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 9,714,036 21 | 9,716,642 08 |
| Priority Debt | | |
| Unsecured Debt | 595,071 03 | 595,071 03 |
| *TOTAL PRE-PETITION LIABILITIES* | 10,309,107 24 | 10,311,713 11 |
| | | |
| *TOTAL LIABILITIES* | 10,323,336 28 | 10,313,753 11 |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | 10,973,927 99 | 10,973,927 97 |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | -2,663 02 | -2,663 02 |
| Retained Earnings - Postpetition | -2,059 63 | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 11,541 51 | |
| *NET OWNER EQUITY* | 10,980,746 85 | 10,971,264 95 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 21,304,083 13 | 21,285,018 06 |

FORM MOR-3
(9/99)

*"Insider" is defined in 11 U S C  Section 101(31)

In re  HOVBROS BURLINGTON LLC
                    Debtor

Case No. 16-13892 (JNP)
Reporting Period: APRIL 2016

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Restricted Cash and Cash Equivalents | 26,609.52 | 26,604.00 |
| Increase to do original bk acct levied for $95.52 | | |
| Township escrows of $26,604 | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| funding mortgage | 3,449.51 | |
| funding - DIP account | 100.00 | |
| funding Quarterly Trustee payment | 350.00 | |
| funding check runs prior to opening DIP accounts but | | |
| after petition | 7,642.00 | |

Restricted Cash:  cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
        into a separate account, such as an escrow account.

FORM MOR-3 (CONT)
(9/99)

In re HOVBROS BURLINGTON LLC
    Debtor

Case No. 16-13892 (JNP)
Reporting Period: APRIL 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0.00 |
| FICA-Employee | | | | | | 0.00 |
| FICA-Employer | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Income | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0.00 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total State and Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 11,532.04 | 219.00 | | 2,478.00 | | 14,229.04 |
| Wages Payable | | | | | | 0.00 |
| Taxes Payable | | | | | | 0.00 |
| Rent/Leases-Building | | | | | | 0.00 |
| Rent/Leases-Equipment | | | | | | 0.00 |
| Secured Debt/Adequate Protection Payments | | | | | | 0.00 |
| Professional Fees | | | | | | 0.00 |
| Amounts Due to Insiders* | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| **Total Postpetition Debts** | 11,532.04 | 219.00 | 0.00 | 2,478.00 | 0.00 | 14,229.04 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____

_____

_____

_____

_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

In re HOVBROS BURLINGTON LLC
Debtor

Case No. 16-13892 (JNP)
Reporting Period: APRIL 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

D.I.P. account was not opened until April.   All checks that were issued in March were voided - 2 in March and one in April

FORM MOR-5
(9/99)

**BANK RECONCILIATION**

MONTH: **April-16**

COMPANY: HOVBROS **BURLINGTON**                PREPARED BY: STACY                5/19/2016

| | |
|---|---|
| General Ledger Beginning Balance: | 853.02 |
| Deposits: | 3,449.51 |
| Disbursements: | -4,207.01 |

Prior Month's Adj Jes:

Prior Month's Adj Jes:    1/30/16 DEPOSIT ADJ  JE 334720 - ADJ 3/3/16

Current Month Adjusting Entries:

| | |
|---|---|
| GENERAL LEDGER ENDING BALANCE | 95.52 |

Bank Fees:    Maintenance Service Charge 3/31/16

Interest:

Prior Month Adjust

| | |
|---|---|
| Adjusted General Ledger Ending Balance | 95.52 |
| Add: Outstanding Checks | 0.00 |

| Date | Amount | Check Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| Reconciled General Ledger Balance | 95.52 |

Bank Ending Balance:

| | | |
|---|---|---|
| | Sweep | |
| | Operating | 95.52 |
| | Pivot | |
| | Evergrn | |
| | Cash | |
| | | 95.52 |

Adjustments to Bank Balance (Operating)

| | |
|---|---|
| Bank Adjusted Balance | 95.52 |
| Reconciliation Difference | 0.00 |



**PARKE BANK**
*A Return to Better Banking*

P.O. Box 40
601 Delsea Dr.
Sewell, NJ 08080

**RETURN SERVICE REQUESTED**

HOVBROS BURLINGTON LLC
900 BIRCHFIELD DR
MOUNT LAUREL NJ 08054-4017

**Statement Ending 04/30/2016**

Page 1 of 4

### Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | 1.866.PARKEBK (727.5325) | |
| Mailing Address | P.O. Box 40 | 601 Delsea Dr. | Sewell, NJ 08080 |
| Online Access | www.parkebank.com | |

*Welcome to Our New Statement Format*

You spoke and we heard you! In response to customer feedback we have improved our statements:

-Account Numbers are now masked for security.
-Business Account History now lists credits and debits separately for easy reconciliation.

This new format allows us to provide you with enhanced information to help you manage your finances. Please feel free to contact us if you have any questions.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Parke Business | XXXXXXXX1922 | $95.52 |

## Parke Business - XXXXXXXX1922
## Parke Business Checking

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2016 | Beginning Balance | $4,287.53 |
| | 2 Credit(s) This Period | $401.25 |
| | 3 Debit(s) This Period | $4,593.26 |
| 04/30/2016 | Ending Balance | $95.52 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/05/2016 | Withdrawal Internet Transfer to 9000399984 CK | $4,192.01 |
| 04/12/2016 | Insufficient Funds Charge CK # 2148 (Returned) | $30.00 |
| 04/14/2016 | Reversed Returned Insuff Fee | $30.00 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 2148 | 04/12/2016 | $401.25 |

* Indicates skipped check number



Member
**FDIC**



EQUAL HOUSING
LENDER

Statement Ending 04/30/2016          Page 2 of 4

## ACCOUNT RECONCILIATION

For your convenience this form is provided to help you verify your balance on this statement. Please report any errors promptly.

**CHECKS OUTSTANDING**

| DATE/CHECK NO. | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

1. Ending BALANCE shown on this Statement                 $ _____

   ADD
   Deposits not shown on Statement          _____
                                            _____
                                                           $ _____

   Sub Total                                               $ _____

   SUBTRACT
   Checks Outstanding                                      $ _____

   SUBTRACT
   ATM withdrawals and automatic payments
   not shown on statement                                  $ _____

                                            Total 1        _____

                                                           $ _____

2. Check Book Balance                                      $ _____

   SUBTRACT
   Charges, if any                                         $ _____

   Sub Total                                               $ _____

   ADD
   Earnings Paid                                           $ _____

                                            Total 2        _____

Total 1 should equal Total 2

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. Call us, or write us at the address which appears on the front of this statement. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We must hear from you no later than 60 days after we send you the first statement on which the error or problem appeared. Please provide us with the following information:

- Your name and account number (if any).
- The dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. In most cases we will take no more than 10 business days to complete our investigation. If we need more time, however, for most errors we may take up to 45 days to investigate your complaint or question. If you believe that the error was the result of a foreign initiated transfer or a point of sale transaction or if you have not been an account holder with us for more than 30 days, we may take up to 90 days to investigate your complaint or question. If we need more than 10 days to investigate the error, we will credit your account within 10 days for the amount you think is in error, unless you have not been an account holder for at least 30 days, in which case we will credit your account within 20 days so that you will have the use of the money during the time it takes us to complete our investigation.

Electronic Check Conversion: You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to: (i) pay for purchases, (ii) pay bills.

### PREAUTHORIZED CREDITS AND DEBITS

If you have arranged to have direct deposits made to your account, you may call us at the phone number shown on the front of the statement to verify that the deposit has been made.

If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

### BILLING RIGHTS SUMMARY

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. Please give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### FINANCE CHARGES - BALANCE COMPUTATION

We calculate the finance charges on your account by applying the periodic rate to the "actual daily balance" of your account including current transactions. To get the "actual daily balance", we take the beginning balance on your account each day, add any new loans, and subtract any payments or credits and unpaid finance charges, unpaid insurance premiums, unpaid late charges, and unpaid annual fees. This gives us the actual daily balance.

Finance Charges are calculated by applying the appropriate Daily Periodic Rate as disclosed on the face of this statement to each Actual Daily Balance. The finance charge for the billing cycle is the sum of the finance charges for each of the days in that billing cycle.



### Statement Ending 04/30/2016
*Page 3 of 4*

## Parke Business - XXXXXXXX1922 (continued)
## Parke Business Checking

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for allowing us to earn your business.

# HOVBROS BURLINGTON LLC - D,I,P. - 16-13892 (JNP)

## General Ledger for a Specific Account

### 1/1/2016 to 4/30/2016

**GL ACCOUNT: 100108          PARKE BANK**

| Date | Reference | | Posting Remarks | Debit | Credit | CostCnt | Vendor | Invoice | CHK# | Sect | House | CostCode |
|------|-----------|--|-----------------|-------|--------|---------|--------|---------|------|------|-------|----------|
| 3/4/2016 | 334774 | CR | FUNDING - CLAYTON URBAN CK. 2489 - | $3,450.00 | | | | | | | | |
| 3/29/2016 | 335575 | CK | CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $4,192.01 | | | | | | | |
| 3/29/2016 | 336611 | VO | Void of Check Number 002148 - Void of Check Number 002148 | $401.25 | | 058945 | VELEZ LAWN SERVICE | WO07878 | | | | |
| 3/29/2016 | 336610 | VO | Void of Check Number 002147 - Void of Check Number 002147 | $341.25 | | 002000 | MASER CONSULTING, | WO07952 | | | | |
| 3/31/2016 | 335581 | CR | FUNDING CHECK RUN 3-29/16 - CLAYTON URBAN CK 2527 - | $4,192.01 | | | | | | | | |
| | | | **Total for the Month:** | **$8,384.51** | **$4,192.01** | | | | | | | |
| 4/5/2016 | 335971 | JE | REFUND - FUNDING OF CK RUN 3/29/16 - | | $4,192.01 | | | | | | | |
| 4/5/2016 | 335922 | VO | Void of Check Number 002146 - Void of Check Number 002146 | $3,449.51 | | 001246 | DAVID P. & ANN CECC | WO07943 | | | | |
| 4/8/2016 | 336113 | JE | MAINTENANCE SVC CHG 3/31/16 - | | $15.00 | | | | | | | |
| | | | **Total for the Month:** | **$3,449.51** | **$4,207.01** | | | | | | | |
| | | | | **$11,834.02** | **$8,399.02** | | | | | | | |
| | | | | Ending Balance for the Period | | $3,435.00 | | | | | | |

**GL ACCOUNT: 100108-013          PARKE BANK**

| Date | Reference | | Posting Remarks | Debit | Credit | CostCnt | Vendor | Invoice | CHK# | Sect | House | CostCode |
|------|-----------|--|-----------------|-------|--------|---------|--------|---------|------|------|-------|----------|
| 3/2/2016 | 336612 | BAL | Balance forward from 005 - | | $3,339.48 | | | | | | | |
| | | | **Total for the Month:** | $0.00 | $3,339.48 | | | | | | | |
| | | | | $0.00 | $3,339.48 | | | | | | | |
| | | | | Ending Balance for the Period | | ($3,339.48) | | | | | | |
| | | | | $11,834.02 | $11,738.50 | | | | | | | |
| | | | | Account Balance | $95.52 | | | | | | | |

**BANK RECONCILIATION**

MONTH: _____ April-16

COMPANY: HOVBROS BURLINGTON        PREPARED BY: SLP        5/16/2016

General Ledger Beginning Balance: _____

Deposits: _____        450.00

Disbursements: _____        -325.00

Prior Month's Adj Jes: _____        _____
Prior Month's Adj Jes: _____        _____

Current Month Adjusting Entries: _____

_____        _____
_____        _____

GENERAL LEDGER ENDING BALANCE        125.00

Bank Fees: _____

Interest: _____
Prior Month Adjust _____

Adjusted General Ledger Ending Balance        125.00

Add: Outstanding Checks        325.00

| Date | Amount | Check Number |
|------|--------|--------------|
| 4/28/2016 | 325 | 2149 |
|  |  |  |
|  |  |  |
|  |  |  |

Reconciled General Ledger Balance        450.00

Bank Ending Balance:
  Sweep
  Operating        450.00
  Pivot
  Evergrn
  Cash        450.00

Adjustments to Bank Balance (Operating)

_____        _____
_____        _____

Bank Adjusted Balance        450.00

Reconciliation Difference        0.00

# PARKE BANK
*A Return to Better Banking®*

P.O. Box 40
601 Delsea Dr.
Sewell, NJ 08080

**RETURN SERVICE REQUESTED**

>000744 3938795 0001 092537 10Z

HOVBROS BURLINGTON LLC
DEBTOR IN POSSESSION
CASE #16-13892
900 BIRCHFIELD DR
MOUNT LAUREL NJ 08054-4017



## *Statement Ending 04/30/2016*

*Page 1 of 4*

**Managing Your Accounts**

Phone Number   1 866 PARKEBK (727 5325)

Mailing Address   P.O. Box 40
601 Delsea Dr
Sewell, NJ 08080

Online Access   www.parkebank.com

### *Welcome to Our New Statement Format*

You spoke and we heard you! In response to customer feedback we have improved our statements:

-Account Numbers are now masked for security.
-Business Account History now lists credits and debits separately for easy reconciliation.

This new format allows us to provide you with enhanced information to help you manage your finances. Please feel free to contact us if you have any questions.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Parke Business | XXXXXXXX1838 | $450.00 |

## Parke Business - XXXXXXXXX1838
## Parke Business Checking

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/21/2016 | Beginning Balance | $0.00 |
| | 2 Credit(s) This Period | $450.00 |
| | 0 Debit(s) This Period | $0.00 |
| 04/30/2016 | Ending Balance | $450.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/21/2016 | Deposit Internet Transfer from 9000399984 CK | $100.00 |
| 04/28/2016 | Deposit Internet Transfer from 9000399984 CK | $350.00 |



Member
FDIC



EQUAL HOUSING
LENDER





## Parke Business - XXXXXXXX1838 (continued)

## Parke Business Checking

Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

HOVBROS BURLINGTON LLC - D.I.P. - 16-13892 (JNP)

General Ledger for a Specific Account

1/1/2016 to 4/30/2016

GL ACCOUNT: 100112         PARKE BANK - D.I.P.

| Date | Reference | | Posting Remarks | Debit | Credit | CostCnt | Vendor | Invoice | CHK# | Sect | House | CostCode |
|------|-----------|---|-----------------|-------|--------|---------|--------|---------|------|------|-------|----------|
| 4/21/2016 | 336788 | JE | FUND NEW PARKE BANK D I P ACCOUNT VIA JSN,LLC TRANSFER - | $100.00 | | | | | | | | |
| 4/28/2016 | 336976 | CK | CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $325.00 | | | | | | | |
| 4/26/2016 | 336980 | CR | TRANSFER FUNDS FROM JSN,LLC TO #605 BURLINGTON D.I.P. 16-13892 (JNP) ACCOUNT - | $350.00 | | | | | | | | |
| | | | Total for the Month: | $450.00 | $325.00 | | | | | | | |
| | | | | $450.00 | $325.00 | | | | | | | |
| | | | Ending Balance for the Period | | | $125.00 | | | | | | |
| | | | | $450.00 | $325.00 | | | | | | | |
| | | | Account Balance | | | $125.00 | | | | | | |

## HOVBROS BURLINGTON LLC - D,I,P. - 16-13892 (JNP)
### Check Register
### 4/1/2016 to 4/30/2016

| Sub Co | Check# | Status | Check Date | Amount | Vendor | Paid To Order of | Bank | Manual | SRC |
|--------|--------|--------|------------|--------|--------|------------------|------|--------|-----|
| Cash Account | 100112 | | | | | | | | |
| 605 | 002149 | | 4/28/2016 | 325.00 | 059053 | U.S. TRUSTEE | A | ☐ | C |

| Account Total: | 325.00 | | | Register Total: | 325.00 |
|----------------|--------|---|---|-----------------|--------|
| | | | | VOIDS Total: | 0.00 |
| | | | | Net Paid: | 325.00 |

| | Register Total: | 325.00 |
|---|-----------------|--------|
| | VOIDS Total: | 0.00 |
| | Net Paid: | 325.00 |

# A/P Aged  Invoice Report
## As of 04/30/2016

| Vendor | Name | Invoice# | Inv Date | Due Date | Balance | Current | Due | 30 | 60 | 90 | 120 |
|--------|------|----------|----------|----------|---------|---------|-----|----|----|----|-----|
| **Company: 605** | **HOVBROS BURLINGTON L** | | | | **DIP HOV BURLINGTON** | | | | | | |
| 001222 | BURLINGTON TWP | TX12701Q2-2016 | 5/1/2016 | 5/1/2016 | 319.86 | 319.86 | | | | | |
| | | TX12002Q2-2016 | 5/1/2016 | 5/1/2016 | 221.10 | 221.10 | | | | | |
| | | TX1200307Q2-2016 | 5/1/2016 | 5/1/2016 | 2,211.00 | 2,211.00 | | | | | |
| | | TX12301Q2-2016 | 5/1/2016 | 5/1/2016 | 44.22 | 44.22 | | | | | |
| | | TX12409Q2-2016 | 5/1/2016 | 5/1/2016 | 1,842.50 | 1,842.50 | | | | | |
| | | TX12410Q2-2016 | 5/1/2016 | 5/1/2016 | 28.00 | 28.00 | | | | | |
| | | TX1200209Q2-2016 | 5/1/2016 | 5/1/2016 | 958.10 | 958.10 | | | | | |
| | | TX124401Q2-2016 | 5/1/2016 | 5/1/2016 | 19.16 | 19.16 | | | | | |
| | | TX12415Q2-2016 | 5/1/2016 | 5/1/2016 | 5,159.00 | 5,159.00 | | | | | |
| | | TX12412Q2-2016 | 5/6/2016 | 5/6/2016 | 204.88 | 204.88 | | | | | |
| | | | | Vendor Totals: | 11,007.82 | 11,007.82 | | | | | |
| 007092 | WESTAMPTON TOWNS | TX90201Q2-2016 | 5/1/2016 | 5/1/2016 | 94.30 | 94.30 | | | | | |
| | | TX90202Q2-2016 | 5/1/2016 | 5/1/2016 | 94.30 | 94.30 | | | | | |
| | | TX90203Q2-2016 | 5/1/2016 | 5/1/2016 | 94.30 | 94.30 | | | | | |
| | | TX90301Q2-2016 | 5/1/2016 | 5/1/2016 | 22.32 | 22.32 | | | | | |
| | | | | Vendor Totals: | 305.22 | 305.22 | | | | | |
| 058850 | TOWNE CROSSING BU | 7292MAR2016 | 1/20/2016 | 2/19/2016 | 2,478.00 | | | | 2,478.00 | | |
| | | MARCH 2016 | 3/1/2016 | 3/31/2016 | 219.00 | | 219.00 | | | | |
| | | 7292APR2016 | 4/20/2016 | 5/20/2016 | 219.00 | 219.00 | | | | | |
| | | | | Vendor Totals: | 2,916.00 | 219.00 | 219.00 | | 2,478.00 | | |
| **Company: 605** | | | | **Company Totals:** | 14,229.04 | 11,532.04 | 219.00 | | 2,478.00 | | |

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

JSHOV-6   OP ID: KD

DATE (MM/DD/YYYY)
04/21/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER The Martin Company 500 Jessup Road West Deptford, NJ 08066 Sam Martin | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): 856-845-3636 | | FAX (A/C, No): 856-845-9191 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Evanston Ins Co. | | |
| INSURED   Hovbros Burlington,LLC 900 Birchfield Drive Mt. Laurel, NJ 08054 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER:     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSD | SUBR WVD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X | | COMMERCIAL GENERAL LIABILITY | 3C41104 | 04/06/2016 | 04/06/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | | | CLAIMS-MADE [X] OCCUR | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | OTHER: | | | | | $ |
| | | | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | ANY AUTO | | | | BODILY INJURY (Per person) | $ |
| | | | ALL OWNED AUTOS   SCHEDULED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | HIRED AUTOS   NON-OWNED AUTOS | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | UMBRELLA LIAB   OCCUR | | | | EACH OCCURRENCE | $ |
| | | | EXCESS LIAB   CLAIMS-MADE | | | | AGGREGATE | $ |
| | | | DED [ ] RETENTION $ | | | | | $ |
| | | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | PER STATUTE [ ] OTH-ER [ ] | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| US Bankruptcy Court | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE Sam Martin |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)     The ACORD name and logo are registered marks of ACORD